IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                    Cr. No. 15-528 KG

CHACOBE VENTE BARKER,

    Defendant.

## ORDER

This matter comes before the Court on Defendant Chacobe Vente Barker's Motion to Suppress Evidence and Statements, filed March 17, 2015. (Doc. 31). The Government filed a response on March 31, 2015. (Doc.36).

On June 4, 2015, the Court held an evidentiary hearing on the motion to suppress. Anna Wright represented the Government, and Caleb Kruckenberg represented Defendant, who was present. Having considered the entirety of the testimony presented at the evidentiary hearing and having considered the oral and written arguments of counsel, the Court finds and concludes for the reasons stated on the record that the motion to suppress will be denied.

IT IS, THEREFORE, ORDERED that Defendant Chacobe Vente Barker's Motion to Suppress Evidence and Statements (Doc. 31) is denied.

_____
UNITED STATES DISTRICT JUDGE